IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00169-RM-MEH

SHERYL KITCHEN,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a New Hampshire foreign corporation, and
NETAPP, INC. GROUP HEALTH PLAN, an ERISA welfare benefits plan,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2014**.

    Plaintiff's Motion to Vacate Scheduling Conference [filed February 4, 2014; docket #6] is **granted in part and denied in part**. The scheduling conference currently set for April 24, 2014 is **vacated and converted** to a status conference, which will take place on the same date and time. Plaintiff's counsel shall be prepared to discuss the status of the administrative appeal and whether this case shall proceed to discovery.